1 | McGREGOR W. SCOTT
United States Attorney
2 | SAMUEL WONG
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2772

5

6 |          IN THE UNITED STATES DISTRICT COURT FOR THE

7 |                EASTERN DISTRICT OF CALIFORNIA

8

9 | UNITED STATES OF AMERICA,        )
                                     )     CR. NO. S-95-446 LKK
10 |           Plaintiff,             )
                                     )     PLAINTIFF'S MOTION TO DISMISS
11 |      v.                          )     INDICTMENT AND ORDER THEREON
                                     )
12 | NACHIAPPAN SUBRAMANIAM,          )
aka Mani N. Subramaniam,             )
13 |                                  )
              Defendant.             )     Court:  Hon. Lawrence K. Karlton
14 | _____ )

15

16 |      Plaintiff United States of America hereby respectfully moves

17 | the Court for an order dismissing the Indictment in this case.

18 | This motion is based on the grounds that:  (1) the United States

19 | believes that defendant NACHIAPPAN SUBRAMANIAM, aka Mani N.

20 | Subramaniam, fled overseas in or about 1995, around the time of

21 | the investigation leading to the indictment, and the United

22 | States has not been able to locate and apprehend the defendant

23 | despite inquiries to various foreign governments and Interpol;

24 | and (2) the law enforcement agencies working on this

25 | investigation and prosecution desire to terminate this case and

26 | ///

27 | ///

28 | ///

1

1   destroy the evidence seized in this case as abandoned property

2   through implementation of their administrative procedures.

3

4   DATED:   February 20, 2008          McGREGOR W. SCOTT
                                        United States Attorney
5
                                        /s/ Samuel Wong
6
                                   By:_____
7                                       SAMUEL WONG
                                        Assistant U.S. Attorney
8

9

10          _____

11

12

13                              ORDER

14

15      The Court having received, read, and considered the motion

16  to dismiss the Indictment filed by plaintiff United States of

17  America, and good cause appearing therefrom.

18      It is hereby ordered that the Indictment is dismissed.

19

20  Dated: February 25, 2008

21

22

23  _____
    LAWRENCE K. KARLTON
24  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

25

26

27

28

                                2